# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Curtis Tomac,<br><br>Plaintiff,<br><br>v.<br><br>I.C. System, Inc.<br><br>Defendant. | Case No. 1:12-cv-09192<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice as the partied have resolved this matter. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

MACEY BANKRUPTCY LAW, P.C.

By: s/Nicholas J. Prola
    Nicholas J. Prola
    NDIL Bar #6302785
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Fax: 312-822-1064
    Email: nprola@maceybankruptcylaw.com
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2013, I electronically filed the foregoing Notice.

Service of this filing was made by placing a copy of the same in the U.S. Mail on February 14, 2013, addressed as follows:

I.C. Systems, Inc.
44 Highway 96 East
St. Paul, MN 55164

/s/ Nicholas Prola