## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Curtis Tomac

                      Plaintiff,

v.                                                Case No.: 1:12–cv–09192
                                                Honorable Robert W. Gettleman

I.C. System, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: This cause has been voluntarily dismissed pursuant to F.R.C.P. 41(a)(11)(A)(ii), the status hearing date of 2/20/2013 is stricken. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.